March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

Christopher Andrews,

             Defendant(s).

-------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

16-CR-378 (AT) (STA)

Defendant __Christopher Andrews__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Christopher Andrews
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Christopher Andrews**
Print Defendant's Name

Glen McGorty  *Digitally signed by Glen McGorty Date: 2021.11.26 08:50:24 -05'00'*
Defense Counsel's Signature

**Glen McGorty**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

11/26/21
Date

_/s/ Stewart D. Aaron_
U.S. Magistrate Judge