UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER ANDREWS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/4/2022_____

16 Cr. 378 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold a violation of supervised release hearing for Defendant Christopher Andrews on **January 25, 2022**, at **11:00 a.m.**  The hearing shall proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that criminal matters cannot in all instances be conducted in person without seriously jeopardizing public health and safety in light of the COVID-19 pandemic and permitting such proceedings to proceed via videoconferencing).  Chambers shall provide the parties with instructions on accessing the conference.

To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(888) 398-2342**, and using access code **5598827.**

By **January 12, 2022**, Defendant shall file his submission.  By **January 19, 2022**, the Government shall file its submission.

SO ORDERED.

Dated: January 4, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge