UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER ANDREWS,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/26/2022_

16 Cr. 378 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The defendant in the above-captioned matter was sentenced to a term of imprisonment of time served, and is, therefore, to be released, subject to any detainers or other custodial sentences. It is further ORDERED that the Defendant (SSN: 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; DOB: July 1, 1993) participate and successfully complete at least six months of in-patient treatment for narcotics addiction, including detoxification and rehabilitation, at Odyssey House Leadership Center, located at 219 East 121st Street, New York, New York, 10035, beginning on January 26, 2022. The period of in-patient treatment may be extended at the discretion of the United States Probation Office.

      SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                                      ANALISA TORRES
                                        United States District Judge