UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER ANDREWS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2022_____

16 Cr. 378 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      As previously directed by the Court, Defendant shall participate in, and successfully complete at least six months of in-patient treatment for narcotics addiction, including detoxification and rehabilitation at Samaritan Daytop Village Van Wyck, 8883 Van Wyck Expressway, Jamaica, NY, 11435. The period of in-patient treatment may be extended at the discretion of the United States Probation Office.

      SO ORDERED.

Dated: May 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge