USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/6/2022___

## Crowell

Glen Garrett McGorty
GMcGorty@crowell.com
(212) 895-4246  direct

+1.212.223.4000  main
+1.212.223.4134  fax

June 3, 2022

**DELIVER VIA E-MAIL**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Christopher Andrews*
      16 Cr. 378 (AT)

Dear Judge Torres:

I write on behalf of my client Christopher Andrews and respectfully submit this request for a modification of his conditions of supervised release.

On January 26, 2022, in resolution of the outstanding violations of supervised release in the above-referenced matter, Mr. Andrews was ordered to participate in an intensive in-patient drug treatment program for narcotics addiction, including detoxification and rehabilitation, for a period of six months.  As the Court may recall, approximately one month later, Mr. Andrews left the facility without permission but returned within several hours.  U.S. Probation Officer Sandra Osman—who has been steadfastly dedicated to Mr. Andrews' rehabilitation—did not file a violation of supervised release but rather found a more appropriate long-term in-patient facility.  Within a couple days, Mr. Andrews was admitted to that facility, and for the last three months has done exceptionally well.  According to information shared by Ms. Osman, Mr. Andrews is ready to transition to intensive out-patient treatment—the natural progression of his treatment—but he is effectively in a holding pattern within the facility because of the Court's Order that the in-patient treatment last six months.  Understandably, Mr. Andrews has grown increasingly frustrated and depressed at the prospect of being kept the institution for additional months despite no longer requiring or receiving active treatment.

This was only brought to my attention last week when Mr. Andrews' girlfriend contacted me and asked me to write the Court to request Mr. Andrews be transferred to an intensive out-patient drug treatment program.  I contacted U.S. Probation Officer Sandra Osman to confirm her concurrence, but we had not yet spoken and I delayed making that request to the Court until today.

So the Court is fully aware, yesterday, because of his depression and frustration arising from his situation and anxieties about his girlfriend navigating her high-risk pregnancy without him there, Mr. Andrews made a truly foolish decision and left the facility.  He was, however, in immediate contact with Ms. Osman, who notified me, and I immediately reached out to Mr. Andrews, who has since returned to the facility,



Honorable Analisa Torres
June 3, 2022

which accepted him back.  Despite this error in judgment, Ms. Osman and the facility agree that Mr. Andrews is ready (and has been ready) to be transferred to an intensive out-patient program.  While I wish I had formally sought permission of the Court last week in order to prevent Mr. Andrews from today's bad decision, we now respectfully request that Mr. Andrews be permitted to transfer to an intensive out-patient drug treatment program, having successfully completed a little over four months of in-patient treatment.  Ms. Osman concurs with this approach and agrees that a supervised release violation for yesterday's misstep would be a detrimental setback to his significant improvement he has made through the program.

For these reasons, we ask that the conditions of Mr. Andrews' supervised released be amended to permit intensive out-patient treatment forthwith.

Respectfully submitted,

Glen G. McGorty

cc:     AUSA Michael Neff
        U.S. Probation Office Sandra Osman


GRANTED.  Mr. Andrews' conditions of supervised release are modified to require intensive out-patient drug treatment, with the duration and facility to be set by the Probation Department.

SO ORDERED.

Dated: June 6, 2022
       New York, New York

ANALISA TORRES
United States District Judge